McLOUGHLIN, Appellant, v. LONG ISLAND R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 24, 1899.) Action by William J. McLoughlin against the Long Island Railroad Company. No opinion. Order modified so as to provide that the plaintiff pay the defendant, as a condition of opening the default, $25 costs, and the

defendant's disbursements to be taxed, not exceeding $15, and as thus modified affirmed, without costs.